**No. 25-3854**

*In the*

# United States Court of Appeals

*For the*

# Ninth Circuit

Frank Biederman, et al.,

*Plaintiffs-Appellants*

vs.

FCA US LLC, et al.,

*Defendants-Appellees.*

Appeal From the United States District Court
for the Northern District of California
The Honorable Jacqueline Scott Corley, Case No. 23-cv-06640-JSC

## PLAINTIFFS-APPELLANTS' MOTION TO DISMISS APPEAL PURSUANT TO FEDERAL RULE OF APPELLATE PROCEDURE 42(B)

Elizabeth J. Cabraser
David Stellings
Kevin R. Budner
Phong-Chau G. Nguyen
LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: 415.956.1000
kbudner@lchb.com

*Attorneys for Plaintiffs-Appellants*

Pursuant to Federal Rule of Appellate Procedure 42(b)(2), Appellants respectfully move to dismiss the above-captioned appeal. Appellants have conferred with Appellee, who takes no position on Appellants' motion and will not oppose it. Appellants agree to bear any costs associated with the appeal.

Dated: May 1, 2026

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By: */s/ Kevin Budner*

Elizabeth J. Cabraser (SBN 083151)
Kevin R. Budner (SBN 287271)
Phong-Chau G. Nguyen (SBN 286789)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: 415.956.1000
Facsimile: 415.956.1008
ecabraser@lchb.com
kbudner@lchb.com
pgnguyen@lchb.com

David S. Stellings
Miranda K. Litwak
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone: 212.355.9500
dstellings@lchb.com
mlitwak@lchb.com

Roland Tellis (SBN 186269)
David B. Fernandes, Jr. (SBN 280944)
Adam M. Tamburelli (SBN 301902)
BARON & BUDD, P.C.
15910 Ventura Boulevard, Suite 1600
Encino, California 91436
Telephone: 818-839-2333
rtellis@baronbudd.com
dfernandes@baronbudd.com
atamburelli@baronbudd.com

Steve W. Berman
Garth D. Wojtanowicz
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
steve@hbsslaw.com
garthw@hbsslaw.com

James E. Cecchi
CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, NJ 07068
Telephone: (973) 994-1700
jcecchi@carellabyrne.com

Christopher A. Seeger
SEEGER WEISS LLP
55 Challenger Road, 6th Floor
Ridgefield Park, New Jersey 07660
Telephone: (973) 639-9100
cseeger@seegerweiss.com

Joseph F. Rice
Ann K. Ritter
Lance V. Oliver
MOTLEY RICE LLC
28 Bridgeside Boulevard
Mount Pleasant, South Carolina 29464
Phone: (843) 216-9000
Fax: (843) 216-9450
jrice@motleyrice.com
aritter@motleyrice.com
loliver@motleyrice.com

Rosemary M. Rivas (SBN 209147)
Amy M. Zeman (SBN 273100)
Rosanne L. Mah (SBN 242628)
GIBBS MURA LLP
1111 Broadway, Suite 2100
Oakland, CA 94607
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
rmr@classlawgroup.com
amz@classlawgroup.com
rlm@classlawgroup.com

*Attorneys for Plaintiffs-Appellants*